UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN KEITH HARRINGTON,

        Plaintiff,                      Case No. 1:13-cv-1373

v.                                         HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff's counsel filed a Motion for award of attorney fee pursuant to 42 U.S.C. § 406(b) (Dkt 24). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 15, 2015, recommending that this Court deny without prejudice the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 25) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for award of attorney fee pursuant to 42 U.S.C. § 406(b) (Dkt 24) is DENIED without prejudice.


Dated: August 4, 2015                              /s/Janet T. Neff
                                                        JANET T. NEFF
                                                        United States District Judge