UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN KEITH HARRINGTON,

        Plaintiff,                            Case No. 1:13-cv-1373

v.                                               HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff's counsel filed a Second Motion for award of attorney fee pursuant to 42 U.S.C. § 406(b) (Dkt 27). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 15, 2016, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 29) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Second Motion for award of attorney fee pursuant to 42 U.S.C. § 406(b) (Dkt 27) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's counsel is awarded $788.75.

Dated: February 3, 2016                                /s/Janet T. Neff
                                                                     JANET T. NEFF
                                                                      United States District Judge